| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Clevenger, Raymond C. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>04/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed photographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | May 22-June 1, 2012 | Beijing and Guangzhou China | Conference with Chinese Judges | Transportation |
| 2. | Federal Circuit Bar Association | June 20-23, 2012 | San Diego, CA | Bench and Bar Conference | Transportation, Meals, and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | E | Dividend | P2 | T | | | | | |
| 2. Morgan Stanley Managed Municipal Fund | E | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | D | Interest | L | T | | | | | |
| 4. Shawnee Village Partners Units | A | Distribution | J | W | | | | | |
| 5. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | | |
| 6. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 7. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 9. Delaware Group Tax-Free Fund | E | Interest | N | T | | | | | |
| 10. Morgan Stanley Daily Dividend Fund | E | Interest | N | T | | | | | |
| 11. Kansas City Southern Industries (C..S.) | | None | | | Sold | 02/28/12 | M | F | |
| 12. Walter Energy Inc. (C.S.) | | None | | | Sold | 02/28/12 | M | A | |
| 13. Baker Hughes Inc. (C.S.) | | None | | | Sold | 02/28/12 | M | D | |
| 14. Barrick Gold Corp. (C.S.) | | None | | | Sold | 02/28/12 | M | B | |
| 15. Ford Motor Company (C.S.) | | None | | | Sold | 02/28/12 | M | E | |
| 16. Mantech International Corp. (C.S.) | | None | | | Sold | 02/28/12 | M | A | |
| 17. Apple, Inc. (C.S.) | C | Dividend | M | T | Buy (add'l) | 06/11/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ebay Inc. (C.S.) | | None | | | Sold | 02/28/12 | M | E | |
| 19. Molycorp Inc. (C.S.) | | None | | | Sold | 02/28/12 | L | A | |
| 20. Allergan Inc. (C.S.) | A | Dividend | M | T | Buy | 02/28/12 | M | | |
| 21. Baxter Internantional Inc. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | L | | |
| 22. Caterpillar Inc. (C.S.) | B | Dividend | L | T | Buy | 02/28/12 | L | | |
| 23. Chubb Corp. (C.S.) | B | Dividend | L | T | Buy | 02/28/12 | M | | |
| 24. EMC Corp. (C.S.) | A | Dividend | L | T | Buy | 03/23/12 | M | | |
| 25. Essex Property Trust Inc. (C.S.) | A | Dividend | K | T | Buy | 11/7/12 | K | | |
| 26. Exxon Mobil Corp. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 27. J.P. Morgan Chase & Co. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 28. McDonalds Corp. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 29. Mead Johnson Nutrition Co. | B | Dividend | M | T | Buy | 02/28/12 | M | | |
| 30. Microsoft Corp. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 31. Pepsico Inc. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | L | | |
| 32. Philip Morris Intl. Inc. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 33. Schlumberger Ltd. (C.S.) | A | Dividend | L | T | Buy | 12/6/12 | L | | |
| 34. Sempra Energy (C.S.) | C | Dividend | M | T | Buy | 07/12/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ThermoFisher Scientific Inc. (C.S.) | A | Dividend | L | T | Buy | 08/01/12 | K | | |
| 36. United Technologies Corp. (C.S.) | C | Dividend | M | T | Buy | 02/28/12 | M | | |
| 37. Walt Disney Co. (C.S.) | B | Dividend | M | T | Buy | 02/28/12 | M | | |
| 38. Williams Co. Inc. *C.S. | D | Dividend | M | T | Buy | 02/28/12 | M | | |
| 39. | | | | | | | | | |
| 40. Odd Lot Fund | A | Dividend | J | T | | | | | |
| 41. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 42. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 43. General Electric Co. (C.S.) | A | Dividend | J | T | | | | | |
| 44. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 45. Echelon Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 46. TE Connectivity (C.S.) | A | Dividend | J | T | | | | | |
| 47. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 48. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 49. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |
| 50. Green Energy Management Systems, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 51. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 54. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 55. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 57. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |
| 58. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 59. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 60. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 61. Verizon, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 62. Keeley Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 63. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 64. Snow Capital Management Fund | A | Dividend | J | T | | | | | |
| 65. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 66. News Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 67. Dodge & Cox International Stock (C.S.) | A | Dividend | J | T | | | | | |
| 68. Fairholme Fund Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lazard Emerging Markets RBL Shares | A | Dividend | J | T | | | | | |
| 70. Powershares Water Reserve Portfolio Shares | A | Dividend | J | T | | | | | |
| 71. Apple Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 72. Google Inc. (C.S.) | | None | J | T | | | | | |
| 73. American Century Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 74. Cambiar Opportunity Fund | A | Dividend | J | T | | | | | |
| 75. Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 76. Terre Haute, IN Sanitary District Bond | A | Interest | J | T | | | | | |
| 77. Meckleburg, NC Public Improvement Bond | A | Interest | J | T | | | | | |
| 78. Adrian, MI City School District Bond | B | Interest | K | T | | | | | |
| 79. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |
| 80. Paw Paw, MI Public School District Bond | B | Interest | K | T | | | | | |
| 81. Royal Oak, MI Hospital Authority Bond | B | Interest | K | T | | | | | |
| 82. Anchor Bay, MI School District Bond | B | Interest | K | T | | | | | |
| 83. Mercanolibre Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 84. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 85. Clough Global Equity Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Clough Global Opportunity Fund | B | Dividend | L | T | | | | | |
| 87. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 88. Ishares FTSE Xinhua China Fund | A | Dividend | J | T | | | | | |
| 89. Ishares MSCI Brazil Index Fund | A | Dividend | J | T | | | | | |
| 90. Fairpoint Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 91. Frontier Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 92. American Capital World Fund | B | Dividend | L | T | | | | | |
| 93. Heitmann REIT Fund | B | Dividend | L | T | | | | | |
| 94. PIMCO Total Return Fund | B | Dividend | M | T | | | | | |
| 95. Amazon.Com Inc. (C.S.) | | None | J | T | | | | | |
| 96. Harbor International Fund (C.S.) | A | Dividend | J | T | | | | | |
| 97. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | | | | | |
| 98. Ivy Asset Strategy Fund (C.S.) | A | Dividend | J | T | | | | | |
| 99. Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | | | | | |
| 100. MFS Value Fund (C.S.) | A | Dividend | J | T | | | | | |
| 101. Nuveen Build America Fund (C.S.) | A | Dividend | J | T | | | | | |
| 102. Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Natural Resources (C.S.) | A | Dividend | J | T | | | | | |
| 104. Vale, S.A. (C.S.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, item 2, the name was formerly Smith Barney Managed Municipal Fund
In Part VII, item 10, the name was formerly Smith Barney Daily Dividend Fund
In Part VII, item 46, the name was formerly Tyco Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544